**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 13, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05782

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-04763-RJH |
| Gregory Dale Johnson | Chapter 7 |
|     Debtor. | ORDER |
| US BANK AS TRUSTEE, RASC 2006-EMX4 | |
|     Movant, | (Related to Docket #12) |
| vs. | |
| Gregory Dale Johnson, Debtor, David M. Reaves, Trustee. | |
|     Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 13, 2006 and recorded in the office of the Maricopa County Recorder wherein US BANK AS TRUSTEE, RASC 2006-EMX4 is the current beneficiary and Gregory Dale Johnson has an interest in, further described as:

> Apartment 2112, of WOOD GLEN SQUARE UNIT II CONDOMINIUM, according to Declaration of Horizontal Property Regime recorded in Document No. 84-074403 and amended in Document No. 84-108143 and in Document No. 84499651 and Declaration of Annexation recorded in Document No. 86-435035, all of Official Records and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 262 of Maps, Page 33 and in Book 287 of Maps, Page 29 and Certificate of Correction recorded as 85-531033, of Official Records.
>
> TOGETHER WITH an undivided interest in and to the common elements as set forth in said Declaration and Declarations of Annexation and Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.